**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:
**KEITH ANDREW LANGELL**         CASE NO:    15-57526
**REBECCA ANN LANGELL**          CHAPTER:    13
                                 JUDGE:      SHEFFERLY
               **Debtor(s)**    /

### DEBTORS' CHAPTER 13 CONFIRMATION HEARING CERTIFICATE

At the next confirmation hearing in this case, the debtor intends to:

1. \_ \_\_ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. \_\_ Request confirmation of the debtor's plan, even though all timely objections have not been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.  The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts.  The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

   **1. Trustee Objections:** The Trustee has not yet filed objections, as Debtors have not been able to as yet hold and conclude the Section 341 First Meeting of Creditors, due to delay in obtaining a copy of their 2014 tax returns or transcripts, and providing said transcripts to the Trustee.  Debtors have an excellent payment history and request that the 341 Meeting be re-scheduled, and that Confirmation be adjourned.
   .
   **CREDITOR OBJECTIONS: None**

3. \_\_XX\_\_ Request an adjournment of the confirmation hearing to **a date set by the Court**, due to the following good cause:

   Debtors have not been able to as yet hold and conclude the Section 341 First Meeting of Creditors, due to delay in obtaining a copy of their 2014 tax returns or transcripts, and providing said transcripts to the Trustee.  Debtors have an excellent payment history and request that the 341 Meeting be re-scheduled, and that Confirmation be adjourned.

4. \_\_\_ Dismiss the case.  [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13.  In that event, a separate motion to dismiss must be filed within 10 days.]

5. \_\_\_ Convert the case to chapter 7.  [The debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice.  Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]


Dated:  February 24, 2016                    */s/ Corey M. Carpenter*
                                             B.O.C. Law Group, P.C.
                                             By:     Corey M. Carpenter (P67818)
                                             Attorneys for Debtors
                                             24100 Woodward Avenue
                                             Pleasant Ridge, Michigan 48069
                                             248-584-2100
                                             Coreycarpenter@boclaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
KEITH ANDREW LANGELL         CASE NO:   15-57526
REBECCA ANN LANGELL          CHAPTER:   13
                             JUDGE:     SHEFFERLY
               Debtor(s)    /

**CERTIFICATE OF SERVICE**

**Corey M. Carpenter** on **February 24, 2016** did send the following pleadings: **Debtors' Chapter 13 Confirmation Hearing Certificate**, and proposed Order Confirming Plan was filed with the Clerk of the Court using the ECF System, which will send notification of such filing to the following:

**DAVID WM. RUSKIN
CH. 13 TRUSTEE
26555 EVERGREEN RD.
1100 TRAVELERS TOWER
SOUTHFIELD, MI 48076**

Dated: February 24, 2016    */s/ Corey M. Carpenter*
                            B.O.C. Law Group, P.C.
                            By:   Corey M. Carpenter (P67818)
                            Attorneys for Debtors
                            24100 Woodward Avenue
                            Pleasant Ridge, Michigan 48069
                            248-584-2100
                            Coreycarpenter@boclaw.com